FILED

JAN 0 5 2016

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAIDA TAHIR DEROCCO (1),<br><br>    Defendant. | CASE NO. 15CR717-CAB<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in Counts 1-2 of the Indictment:

8 USC 1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(i) - Transportation of

Illegal Aliens for Financial Gain and Aiding and Abetting

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 5, 2016

              HON. KAREN S. CRAWFORD
              UNITED STATES MAGISTRATE JUDGE